**RECEIVED**
IN LAKE CHARLES, LA

SEP - 1 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:09-CR-0146 |
|---|---|---|
| v. | : | JUDGE MINALDI |
| YAKOV DRABOVSKIY | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 11], after an independent review of the record, and a *de novo* determination of the issues, no objections having been filed herein, and having determined that the findings are incorrect under applicable law; it is

ORDERED that the defendant has knowingly and intelligently waived his right to representation by counsel.

IT IS FURTHER ORDERED that the defendant 's Motion to Represent Himself [doc. 10] IS GRANTED. The defendant may represent himself in these proceedings.

Lake Charles, Louisiana, this 31 day of August, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE